[Docket Nos. 75 and 76]

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| E.L. ARCHIE PAYER, et al., | Civil No. 12-1704 (RMB/JS) |
| Plaintiffs, | |
| v. | **ORDER** |
| A.J. BERRONES, et al., | |
| Defendants. | |

This matter comes before the Court upon two motions: (1) Defendants Estrategia Investimentos, LLC, Estrategia LLC, and Estrategia Investimentos S.A., Sindhu Bhaskar, and Pablo Antoniazzi's ("the Estrategia Defendants") Motion to Dismiss for Lack of Peronsal Jurisdiction and Failure to State a Claim; and (2) Defendants A.J. Berrones, A.J. Berrones & Associates, and Benjamin Penfield's ("the Berrones Defendants") Motion to Dismiss For Lack of Personal Jurisdiction; and for the reasons set forth in the accompanying Opinion;

IT IS ON THIS **23rd** day of **October 2013 ORDERED** that the Estrategia Defendants' Motion is GRANTED; and

1

IT IS FURTHER **ORDERED** that the Berrones Defendants' Motion is DENIED.

                                        <u>s/Renée Marie Bumb</u>
                                        RENÉE MARIE BUMB
                                        United States District Judge