[Docket Nos. 238 & 254]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| E.L. ARCHIE PAYER et al., | |
|     Plaintiffs, | Civil No. 12-1704 (RMB/JS) |
|        v. | **ORDER** |
| A.J. BERRONES et al., | |
|     Defendants. | |

THIS MATTER having come before the Court pursuant to Federal Rule of Civil Procedure 72(b); and

THE COURT NOTING that on April 9, 2015, United States Magistrate Judge Joel Schneider filed a Report and Recommendation in this case [Docket No. 254] recommending that Plaintiff's Motion to Compel Performance of Settlement be denied [Docket No. 238]; and

THE COURT NOTING that Plaintiff filed a brief seeking modification of Judge Schneider's recommendation pursuant to Fed. R. Civ. P. 72 and L. Civ. R. 72.1(c)(2), [Dkt. No. 257]; and

THE COURT HAVING reviewed the Plaintiff's submission; and

THE COURT HAVING made a de novo determination with respect to the portions of the report and recommendation objected to by Plaintiff; and

THE COURT FINDING, based on a de novo review and for the reasons expressed by Judge Schneider, that this Court should adopt Judge Schneider's Report and Recommendation without modification;

IT IS HEREBY on this **7th day** of **August 2015**,

**ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and entered; and it is further

**ORDERED** that the Plaintiff's Motion to Compel Performance of Settlement is **DENIED**.

s/Renée Marie Bumb_____
RENÉE MARIE BUMB
United States District Judge